Steven C. Vondran, SBN 232337
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Suite 3500
San Francisco, California  94104
Telephone: (877) 276-5084
Facsimile:  (888) 551-2252
steve@vondranlegal.com

Attorney for IP ADDRESS 76.176.79.188

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC.<br><br>            Plaintiff,<br><br>     vs.<br><br>John Doe  subscriber assigned IP address 76.176.79.188<br>            Defendants. | No. 3:18-CV-1366-JAH-JMA<br><br>**NOTICE OF APPEARANCE FOR IP address 76.176.79.188** |

Please take notice that Steven C. Vondran, Esq. of The Law Offices of Steven C. Vondran PC, hereby appears as counsel on behalf of IP address 76.176.79.188.

        DATED this 12th day of September, 2018.

                                        **THE LAW OFFICES OF STEVEN VONDRAN, P.C.**


                                        By /S/  Steve Vondran
                                            Steven C. Vondran, Esq.
                                            *Attorneys for IP address 76.176.79.188*

**ORIGINAL** of the foregoing *e-filed* this 12th day of September 2018, with:

UNITED STATES DISTRICT COURT

**Honorable John Houston**

*940 Front Street*
*San Diego, CA  92101*

**COPY** *mailed* this date to:

Fox Rothschild LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California  90067
**Attn: Lincoln Dee Bandlow, Esq.**
Facsimile:  (310) 556-9828
Email: lbandlow@foxrothschild.com

Executed on September 12th, *2018,* at Newport Beach, California

By: */s/    Lisa Vondran*
      Lisa Vondran, Assistant

2